IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No.  05-cv-02461-BNB

RONALD APODACA #1436456,

MAR 1 4 2006

GREGORY C. LANGHAM
CLERK

        Plaintiff,

v.

BILL OWENS, Governor, State of Colorado, et al.,
JOHN HICKENLOOPER, Mayor, City & County of Denver, et al.,
AL LACABE, Manger of Public Safty [sic], City & County of Denver, et al.,
FRED OLIVA, Director of Corrections, Denver Sheriff Department & Undersheriff, et al.,
    and
P. MARKSON, JR., Chief Judge, Denver District Court, et al.,

        Defendants.

---

ORDER DISMISSING CASE

---

      This matter is before the Court on the motion to dismiss that Plaintiff Ronald M. Apodaca submitted **pro se** and the Court filed on March 9, 2006.  In the motion, Mr. Apodaca informs the Court that he wants to dismiss his complaint.

      The Court must construe liberally the March 9, 2006, motion to dismiss because Mr. Apodaca has filed the motion on his own behalf.  **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  Therefore, the Court will construe the March 9 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

      Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment."  No response has been filed

by Defendants in this action.  A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the motion to dismiss that Plaintiff Ronald M. Apodaca submitted *pro se* and the Court filed on March 9, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is effective as of March 9, 2006, the date the notice of dismissal was filed in this action.  It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.  It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 14 day of _____March_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-02461-BNB

Ronald Apadoca
Prisoner No. 1436456
Denver County Jail
10500 Smith Road
Denver, CO 80239


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/14/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk